# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROBERT SHERRY,            :   No. 366 WAL 2020

           Petitioner        :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

           v.                    :

                                :

SHEETZ, INC.,             :

           Respondent     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.